DENNIS K. POOLE          (2625)
AUTUMN C. BEGAY         (15441)
POOLE & ASSOCIATES, L.C.
4543 South 700 East, Suite 200
Salt Lake City, Utah 84107
Telephone:   (801) 263-3344
Telecopier:   (801) 263-1010
Email: dkpoole@dkpoolelaw.som

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH -- CENTRAL DIVISION

| | |
|---|---|
| MELINDA McDONALD,<br><br>    Plaintiff,<br><br>vs.<br><br>CLAIRE SUMMERHILL (formerly CLAIRE BENNION), an individual; AMERICAN NATIONAL PROPERTIES, LLC, a Utah limited liability company, and K. CLARK INVESTMENTS, LLC, a Utah limited liability company,<br><br>    Defendants and<br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>MELINDA McDONALD,<br><br>    Counterclaim Defendant. | **ORDER OF DISMISSAL**<br><br>CASE NO. 2:13-cv-00751-DAK-EJK<br><br>JUDGE DALE A. KIMBALL<br><br>Magistrate Judge Evelyn J. Furse |

1

The parties having stipulated to the dismissal of this case, and good cause appearing,

IT IS HEREBY ORDERED ADJUDGED, DECLARED AND DECREED:

1. Melinda McDonald's claims against Claire Summerhill (formerly Claire Bennion) and American National Properties, LLC, and K. Clark Investments, LLC (parties substituted for former party Robert Bennion) are dismissed with prejudice.

2. The claims of Defendants/Counterclaim Plaintiffs American National Properties, LLC, and K. Clark Investments, LLC, and Claire Summerhill (formerly Claire Bennion) against Melinda McDonald are dismissed with prejudice.

3. Melinda McDonald shall remove the Lis Pendens recorded against the property that is the subject of this litigation.

**DATED THIS 8TH DAY OF DECEMBER, 2016.**

                                              _____
                                              **DALE A. KIMBALL, U.S. District Judge**

Approved as to form:

/s/ Claire Summerhill